# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1171
Lower Tribunal No. 18-28238
_____

**EPR 10, LLC,**
Appellant,

vs.

**Bary Wallace Wilson, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Hunker Paxton Appeals & Trials, Thomas L. Hunker and V. Ashley Paxton (Fort Lauderdale), for appellant.

Ward Damon PL, Mahra Sarofsky and Brittany P. Borck (West Palm Beach), for appellee Enviropower Renewable Inc.

Before LINDSEY, GORDO and GOODEN, JJ.

PER CURIAM.

We previously reversed and remanded for the trial court to conduct an evidentiary hearing to determine the fair market value of two patents. See Enviropower Renewable Inc. v. Ritger, 337 So. 3d 424 (Fla. 3d DCA 2021). The trial court fully complied with our mandate and did so. After considering evidence and testimony presented by the parties at that evidentiary hearing, the trial court denied Appellant's request for a deficiency judgment. This appeal followed.

The trial court did not abuse its discretion in denying the deficiency judgment. "Faced with conflicting expert opinions, the trial court, as the finder of fact in this case, was free to determine the reliability and credibility of these competing opinions and to weigh them as the court saw fit." Ramphal v. TD Bank Nat'l Ass'n, 206 So. 3d 172, 173 (Fla. 5th DCA 2016). Its findings are supported by competent, substantial evidence. Therefore, we affirm.

Affirmed.